JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
HAMID EL AMARTI


07 CIV 7979

                    Plaintiff,

  -against-

ANDREA QUARANTILLO,

New York District Director of
U.S. Citizenship and Immigration Services

                    Defendant.
-------------------------------------------------X

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

USCIS No. A47 025 404

SEP 11 2007
U.S.D.C. S.D.N.Y.
CASHIERS

1. This is a petition for a hearing of Plaintiff's application for naturalization on the ground that Defendant has failed to make a determination under 8 U.S.C. § 1446.

## PARTIES

2. Plaintiff Hamid EL AMARTI is a native and citizen of Morocco. He has been a lawful permanent resident of the United States since 13 June 1999. At all times hereinafter-mentioned Plaintiff was and still is a resident of Bronx County. He currently resides at 2125 St. Raymond Ave., #3-E, Bronx, NY 10462. His alien registration number is A47 025 404.

3. Defendant Andrea Quarantillo is the New York District Director of the United States Citizenship and Immigration Services ("USCIS") with the supervisory authority over all operations of the USCIS within the New York district, including the authority to grant or deny naturalization applications submitted to the USCIS within the New York district pursuant to 8 U.S.C. § 1421 and 8 U.S.C. § 1427. Defendant is sued in her official capacity.