UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
HAMID EL AMARTI,

              Plaintiff,              **ECF CASE**

    v.                                      07 Civ. 7979 (DAB)

ANDREA QUARANTILLO

             Defendant.            NOTICE OF APPEARANCE
------------------------------------------------------------- x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
          October 3, 2007

                                                  Respectfully submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney for the
                                                  Southern District of New York

                                  By:    /s/_____
                                                  BRIAN M. FELDMAN
                                                  Assistant United States Attorney
                                                  86 Chambers Street, 3rd Floor
                                                  New York, New York 10007
                                                  Telephone: (212) 637-2777
                                                  Facsimile: (212) 637-2717
                                                  Email: brian.feldman@usdoj.gov

TO:    Brian Donnard, Esq.
         401 Broadway, Suite 912
         New York, NY 10013