MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: BRIAN M. FELDMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2777
Facsimile: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
HAMID EL AMARTI,

        Plaintiff,

    v.

ANDREA QUARANTILLO, New York District
Director of U.S. Citizenship and Immigration
Services,

        Defendant.
------------------------------------------------------------- x

ECF Case

07 Civ. 7979 (DAB)

**CONSENT NOTICE OF
VOLUNTARY DISMISSAL**

    WHEREAS, on or about September 11, 2007, Plaintiff Hamid El Amarti ("Plainitff") filed the above-captioned complaint ("Complaint") seeking to compel defendant Andrea Quarantillo, New York District Director of U.S. Citizenship and Immigration ("USCIS") to decide his application for naturalization (his "Application");

    WHEREAS, on October 15, 2007 USCIS adjudicated Plaintiff's Application and notified him to appear for a Naturalization Oath Ceremony on November 2, 2007, at 26 Federal Plaza, New York, New York 10007, at 8:30 in the morning;

    WHEREAS, in light of the foregoing, Plaintiff's Complaint is now moot;

    WHEREAS, Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment, whichever first

occurs, or (ii) by filing a stipulation of dismissal signed by all parties who have appeared in the action," Fed. R. Civ. P. 41(a)(1); and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant, by their respective counsel, as follows:

1.  The Complaint is hereby voluntarily dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without costs or attorney's fees to any party; and

2.  The parties understand and agree that this stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall be of any force or effect.

Dated: New York, New York  
November 15, 2007

By: _____  
BRIAN DONNARD  
401 Broadway, Suite 912  
New York, New York 10007  
Telephone No. (212) 219-9866  
Facsimile No. (212) 219-9167

Dated: New York, New York  
November 30, 2007

MICHAEL J. GARCIA  
United States Attorney for the  
Southern District of New York

By: _____  
BRIAN M. FELDMAN  
80 Chambers Street, Third Floor  
New York, New York 10007  
Telephone No. (212) 637-2777  
Facsimile No. (212) 637-2717

**SO ORDERED**

_____  
DEBORAH A. BATTS   12/11/07  
UNITED STATES DISTRICT JUDGE

2